WALTER C. CARR and LUCRETIA M. CARR, Suing on Behalf of Themselves and of All Other Persons Similarly Situated, Respondents, *v.* HORATIO KIMBALL and Others, Appellants, Impleaded with AUGUSTINE E. WINNEMORE and JAMES A. RYAN, Defendants.

Motion to strike appeal from calendar.

PER CURIAM: The judgment of June 30, 1911, is clearly interlocutory. The amount of the recovery against the defendants had to be determined by a reference to be applied for at the foot of the judgment. The final judgment of March 28, 1912, confirming the report of the referee fixed the amount payable by the defendants and it is the final judgment in the action. The defendants appeal from that final judgment and also from the interlocutory judgment bringing up for review the determination of the court below holding the defendants liable. As the testimony before the referee was not printed, of course the court on appeal will not pass upon its correctness or the regularity of the order of reference, that not having been appealed from. To present this question the record seems to be sufficient. The motion is, therefore, denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Miller and Dowling, JJ. Motion denied, with ten dollars costs. Order to be settled on notice.

---

JULIUS KAUFMAN, Respondent, *v.* LORENZ REICH, Appellant.

Appeal from an order entered in the office of the clerk of the county of New York on the 6th day of May, 1912, opening default on terms.

PER CURIAM: The order appealed from should be modified so as to provide that the default of the defendant be so far opened as to allow the defendant to try the action upon condition that within ten days after service of a copy of the order to be entered hereon, the defendant pay the costs of the action to date and ten dollars costs of opposing the motion, and that upon payment thereof, the case be restored to the calendar to be tried when reached; and upon the further condition that the plaintiff have leave to enforce the judgment as now entered unless the defendant shall give an undertaking as required by law to stay proceedings upon appeal, and if such costs as hereinbefore provided are not paid, that the motion to open the default is in all respects denied, with ten dollars costs, and the stay contained in the order to show cause vacated. As so modified the order appealed from is affirmed, without costs. Present — Ingraham, P. J., Laughlin, Clarke, Miller and Dowling, JJ. Order modified as directed in opinion, and as modified affirmed, without costs. Order to be settled on notice.

---

[*] See, also, *post*, p. 950.